CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED
2012 JUN -5 PM 2: 12
DEPUTY CLERK_____

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| BILLY MACK BARR, JR., PRO SE, also known as BILLY M. BARR, JR., TDCJ-CID No. 630474, <br><br>  Plaintiff, <br><br> v. <br><br> CHARLES McDUFFIE, Warden, <br><br>  Defendant. | § § § § § § § § § § § § 2:11-CV-0263 |

## ORDER OF DISMISSAL

Plaintiff BILLY MACK BARR, JR., acting pro se and while a prisoner confined in the Texas Department of Criminal Justice, Correctional Institutions Division, filed suit pursuant to Title 42, United States Code, section 1983 complaining against the above-named defendant and was granted permission to proceed *in forma pauperis*.

On May 14, 2012, a Report and Recommendation was issued by the United States Magistrate Judge recommending dismissal of the instant cause without prejudice for failure to state a claim on which relief can be granted.

The period for response has expired, and no objections have been filed by plaintiff.

The Court has made an independent examination of the records in this case and has examined the Magistrate Judge's Report and Recommendation. The Court is of the opinion that the Report and Recommendation of the United States Magistrate Judge should be ADOPTED by the United States District Court.

This Court, therefore, does hereby ADOPT the Report and Recommendation of the United States Magistrate Judge in this case.

IT IS THEREFORE ORDERED that the Civil Rights Complaint by plaintiff BILLY MACK BARR, JR., is DISMISSED WITHOUT PREJUDICE FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

All pending motions are DENIED.

The Clerk shall send a copy of this Order to plaintiff and to any attorney of record. The Clerk shall also mail copies of this order to TDCJ-Office of the General Counsel, P.O. Box 13084, Austin, TX 78711; and to the Pro Se Clerk at the U.S. District Court for the Eastern District of Texas, Tyler Division.

It is SO ORDERED.

Signed this the \_\_\_5th\_\_\_ day of June, 2012.

_____
MARY LOU ROBINSON
United States District Judge